UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TRITHORN BULK A/S, :
:
　　　　　　　　　　Petitioner, :
:　　　　　　　　22 Civ. 9628 (JPC)
　　-v- :
:　　　　　　　　　　ORDER
DURON CAPITAL LLC, :
:
　　　　　　　　　　Respondent. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　On November 11, 2022, Petitioner Trithorn Bulk A/S filed a Petition to Confirm Arbitration, seeking confirmation of an arbitral award issued against Respondent Duron Capital LLC. Dkt. 1. On December 30, 2022, Petitioner filed an Affidavit of Service in which Daniel R. Ward swore that he served the "CIVIL COVER SHEET, COURTHOUSE ASSIGNMENT WITH EXHIBITS" on Respondent. Dkt. 14. Petitioner is ordered to submit additional documentation identifying the contents of the exhibits served on Respondent along with the Civil Cover Sheet, clarifying in particular whether Respondent was served with the Summons and Complaint.

　　SO ORDERED.

Dated: March 23, 2023
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge