UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TRITHORN BULK A/S,

                Petitioner,                      22 **CIVIL** 9628 (JPC)

      -against-                        **JUDGMENT**

DURON CAPITAL LLC,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 23, 2023, the Petition is granted. Judgment is entered in the amount of $236,518.50, with pre-judgment interest on $216,518.50 of that amount accruing from October 3, 2022 to the date of judgment at a rate of 7.5% totaling $11,834.37. Post-judgment interest will accrue at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
         June 26, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                                       **Clerk of Court**

                          **BY:**

                                                                       _____
                                                                       **Deputy Clerk**